IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, #148 206, | ) |
| Petitioner, | ) |
| v | ) CIVIL ACTION NO.: 3:10-CV-746-TMH |
| GARY HETZEL, *et al.*, | ) |
| Respondents. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 60) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

1. The Recommendation (Doc. 60) of the Magistrate Judge is ADOPTED;

2. The petition for habeas corpus relief is DENIED; and

3. This case is dismissed with prejudice.

A separate judgment shall issue.

Done this the 22nd day of May, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE