IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, #148 206, | ) |
| Petitioner, | ) ) ) |
| v | ) CIVIL ACTION NO.: 3:10-CV-746-TMH ) |
| GARY HETZEL, *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 22nd day of May, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE